AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | | | |
|---|---|---|---|
| United States of America | ) | | **FILED** |
| v. | ) | | 8/5/2026 |
| ERIC HOLMAN | ) | Case No. | **CLERK U.S. DISTRICT COURT** |
| ████████ | ) | 26-120 | **WEST. DIST. OF PENNSYLVANIA** |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant(s)* | | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____April 10 - June 10, 2026____ in the county of ____Erie____ in the ____Western____ District of ____Pennsylvania____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | the defendant knowingly and willfully transmitted in interstate commerce communications containing a threat to injure the person of another |

This criminal complaint is based on these facts:

See attached affidavit in support of criminal complaint.

☑ Continued on the attached sheet.

/s/ Kyle Brown
Complainant's signature

Kyle Brown, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: ____08/05/2026____

Judge's signature

City and state: ____Erie, Pennsylvania____    Richard A. Lanzillo, Chief U.S. Magistrate Judge
Printed name and title

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ERIC HOLMAN

Magistrate No. 26-120
**[UNDER SEAL]**

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Kyle Brown, being duly sworn, hereby depose and state the following:

### I.    INTRODUCTION

1.    This Affidavit is made in support of a criminal complaint charging ERIC HOLMAN ("HOLMAN") with transmitting communications in interstate or foreign commerce containing threats to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

2.    I have served as a Federal Bureau of Investigation ("FBI") Special Agent since August of 2023.  As a Special Agent with the FBI, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18.

3.    I am currently assigned to the Erie Resident Agency in the FBI Pittsburgh Division. In this capacity, I am charged with investigating possible violations of federal criminal law.  By virtue of my FBI employment, I perform and have performed a variety of investigative tasks, including functioning as a case agent on violent crime investigations.  I have received training and have gained experience in the conduct of federal criminal investigations, the execution of federal search warrants and seizures and arrest warrants, and the identification and collection of computer-

1

related evidence.

4.    The facts set forth in this affidavit are based on my personal knowledge, the knowledge obtained during my participation in this investigation, the knowledge obtained from other individuals, including other law enforcement personnel, review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.  Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the criminal complaint, this affidavit does not set forth each and every fact that I have learned during the course of this investigation. However, I have not omitted any fact that may tend to undermine a finding of probable cause.

5.    For the reasons set forth below, there is probable cause to believe that, on or about April 10, 2026, in the Western District of Pennsylvania, the defendant, ERIC HOLMAN, did transmit in interstate commerce a threat to injure the person of another, that is, the Jewish community, by posting on X, *"I can't wait to use U.S. weapons to gun down people from a nation the size of New Jersey. They also wear funny little hats and worship Baal."*

6.    For the reasons set forth below, there is probable cause to believe that, on or about May 30, 2026, in the Western District of Pennsylvania, the defendant, ERIC HOLMAN, did transmit in interstate commerce a threat to injure the person of another, that is, the Jewish community, by posting on X, *"I will shoot so many jews if I'm drafted with them. Please draft me Israel. Do it."*

7.    For the reasons set forth below, there is probable cause to believe that, on or about June 6, 2026, in the Western District of Pennsylvania, the defendant, ERIC HOLMAN, did transmit in interstate commerce a threat to injure the person of another, that is, the Jewish

2

community, by posting on X, *"We all know they are the problem. Instead of posting online, grab a firearm and go do something. I'm making plans, what are the rest of you doing?"*

8.      For the reasons set forth below, there is probable cause to believe that, on or about June 10, 2026, in the Western District of Pennsylvania, the defendant, ERIC HOLMAN, did transmit in interstate commerce a threat to injure the person of another, that is, the Jewish community, by posting on X, *"Get a gun, wear black, go to your local synagogue"*.

## II.      STATUTORY PROVISIONS

9.      Title 18, United States Code, Section 875(c), criminalizes any communication transmitted in interstate or foreign commerce containing any threat to injure the person of another.

## III.      PROBABLE CAUSE

10.      The allegations in this affidavit pertain to recent threats made by HOLMAN, who resides in the Western District of Pennsylvania. HOLMAN made threats using his X account "Scott Thewaz", username @SThewaz.

11.      On June 10, 2026, the FBI's National Threat Operations Center received an online tip regarding threats to commit acts of violence through X posts made by user Scott Thewaz, username @SThewaz, on multiple dates. The threats referenced shooting Jews, gunning down people who wear funny little hats, and going to a synagogue with a gun. FBI personnel reviewed the online tip and observed the posts made from X user account Scott Thewaz discussed in paragraphs 5-8.

12.      X can be accessed at https://x.com.[1] According to X Corp., "X is a real-time global information network that lets users create and share ideas and information instantly to serve the

---

[1] The information about X in this affidavit is based upon my training and experience, as well as information published by X on its website where indicated.

public conversation."[2] X users can use their accounts to share communications, news, photographs, videos, and other information with other X users, and with the general public. When signing up for an X account, users have the option to sign up using a phone number, Google account, Apple account, or other email account or username.[3]

13.    Also based upon training and experience, your Affiant knows that X users must access their account through electronic devices, such as cellular telephones, tablets, and computers. X Corp. retains records of Internet Protocol (IP) addresses associated with an account.

14.    On or about June 15, 2026, X Corp. responded to an FBI emergency disclosure request with information on the X account that posted the above communications. The information included email address holmane363@gmail.com, IP address 71.72.54.128, Internet service provider (ISP) Charter Communications, in Erie, Pennsylvania, and a second IP address of a virtual private network (VPN).

15.    On or about June 16, 2026, Google responded to an FBI emergency disclosure request with information on the above email address holmane363@gmail.com associated with the X account that posted the above communications. The information included the name Eric Holman and IP addresses in Pittsburgh, Pennsylvania, and IP addresses of VPNs.

16.    On or about July 13, 2026, the FBI Erie Resident Agency conducted records checks using pay-for-service law enforcement databases for the name Eric Holman and location of Erie. There was one result; the result was for Eric M Holman, date of birth ████████, social security number ████████, and most recent associated residential address of 3105 Hazel Street, Erie, Pennsylvania 16508.

---

[2] "Guidelines for law enforcement," available at https://help.x.com/en/rules-and-policies/x-law-enforcement-support
[3] "Happening now.", available at X.com/signup

17.    On or about July 23, 2026, the FBI Erie Resident Agency received information from Charter Communications in response to legal process. The information included a service address and billing address for the above IP address 71.72.54.128 associated with the X account that posted the above communications. The service address and billing address are both 3105 Hazel Street, Erie, Pennsylvania 16508.

18.    On or about August 5, 2026, the FBI Erie Resident Agency interviewed ERIC HOLMAN and seized HOLMAN's cell phone pursuant to a search warrant. During the interview, HOLMAN reviewed the posts discussed in paragraphs 5-8, posted by X account Scott Thewaz. HOLMAN acknowledged having transmitted each of these posts. Further, HOLMAN advised that he used other X accounts to post additional threats to injure the person of another, including one X account that is still active, titled "Good Goy", username "@JewsCantStopme". HOLMAN's other X accounts used to post threats were shut down.

19.    One of HOLMAN's previous X accounts used to post threats was titled, "Pam Bondi Is a Traitor". When asked by interviewing Agents if threats against government officials would be found by Agents on HOLMAN's phone, HOLMAN advised such threats would be found. HOLMAN advised he thinks he posted threats against President Trump, Attorney General Bondi, Secretary of State Rubio, Defense Secretary Hegseth, and Senator Lindsey Graham.

20.    During the interview of HOLMAN, interviewing Agents asked HOLMAN if he were to have made these threatening posts near a synagogue and with an AR in his car, would HOLMAN have acted on the threats. HOLMAN advised, "I'm going to be honest, I don't know. I don't know, it's just a spur of the moment thing. I don't know if I was in that situation I would actually go through with it or if I would just like think about it and drive off. I honestly don't know."

21.    During the interview of HOLMAN, interviewing Agents began reviewing the contents of HOLMAN's phone. A photo of a swastika was observed on HOLMAN's phone.

22.    During the interview of HOLMAN, HOLMAN provided a written statement. The statement is transcribed below:

   a. *I was reading posts online about the Israel Iran War and got extremely angry by some of the things I've seen. I would post very threatening tweets in response. I would never act on those tweets or thoughts. I am very sorry for what I've posted. I would also post threats to government officials in response to how they handle things. I would never act on those tweets either.*

23.    On or about August 5, 2026, law enforcement personnel executed a search warrant at HOLMAN's residence, 3105 Hazel Street, Erie, PA 16508. During the search warrant, a notebook found in HOLMAN's bedroom was seized as evidence. A handwritten note within the notebook is transcribed below:

   a. *If anyone finds my body, I want you to do me a favor. Contact these people underneath and tell them they can come to my funeral if they want to.* ▮▮▮▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮ *(her bf can come too)* ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ *These are my best friends, and I love them dearly. They made my miserable life the greatest it's ever been.*

24.    During the search warrant at HOLMAN's residence, 3105 Hazel Street, Erie, PA 16508, a firearm was located in the basement of the residence and seized as evidence.

25.    Your Affiant knows, based upon training and experience, that individuals who act on their threats often anticipate that they will be killed in the process of carrying out their actions. To that end, these individuals will often make end-of-life plans in writing describing what they

6

want to happen once they are dead. The notes seized from HOLMAN's bedroom at HOLMAN's residence may represent such end-of-life plans.

26.    Given the context and content of the communications set forth in paragraphs 5-8 and based upon my training and experience, a reasonable person would view the communications transmitted by HOLMAN as threats to injure the person of another. As stated, the evidence supports that HOLMAN communicated the threats in interstate commerce using his X account. Thus, there is probable cause to believe that HOLMAN violated 18 U.S.C. § 875(c).

### IV.    **CONCLUSION**

27.    Based on the aforementioned information, I respectfully submit that there is probable cause to believe that ERIC HOLMAN violated Title 18, United States Code, § 875(c).

The above information is true and correct to the best of my knowledge, information, and belief.

*/s/Kyle Brown*
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 5th day of August, 2026.

_____
HONORABLE RICHARD A. LANZILLO
Chief United States Magistrate Judge

7